Nos. 21-2874, 21-3056, & 21-3382

# IN THE
# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> vs. <br><br> DERRICK GRANGER, <br><br> Defendant-Appellant. | Appeal from the United States District Court for the Southern District of Indiana <br><br> Case No. 1:20-cr-00097-JRS-DLP <br><br> Hon. James R. Sweeney, II <br> United States District Judge, Presiding. |

## DERRICK GRANGER'S MOTION TO WAIVE ORAL ARGUMENT

Defendant-Appellant Derrick-Granger, through his counsel Christopher T. Grohman, hereby moves this Court to waive his portion of the oral-argument in the three captioned consolidated appeals. In support thereof, Defendant-Appellant Granger states the following:

1. This is an appeal from a criminal conviction of three separate Defendants, Granger, King, and Walker. The three cases were consolidated for briefing.

2. Collectively, the parties briefed six issues: (i) Whether the district court abused its discretion when it denied the defendants' for-cause challenge of a prospective juror; (ii) Whether the district court abused its discretion when it admitted evidence of an overt act alleged in the indictment; (iii) Whether the search warrant established probable cause

1

to search Clifford R. King, Jr.'s residence; (iv) Whether the evidence was sufficient to support the jury's verdict convicting Derrick Granger of conspiracy; (v) Whether the district court's drug quantity calculations for King and Eric Walker were clearly erroneous; and, (vi) Whether the district court correctly applied a two-level gun enhancement to King.

3. Mr. Granger personally briefed issue (iv) arguing that the evidence showed a buyer-seller relationship with King rather than a conspiratorial one. Mr. Granger also joined arguments (i) and (ii) briefed by his co-appellants.

4. Mr. Granger seeks to waive oral argument on issue (iv) and not appear for oral argument. This issue can be resolved on the briefs and record and oral argument would not substantially benefit the Court's consideration of this issue. Counsel for his co-appellants are prepared to argue the other five issues.

5. This matter has been set for argument on February 15, 2023.

Dated: January 11, 2023

                                                    DERRICK GRANGER
Defendant-Appellant

s/ Christopher T. Grohman
CHRISTOPHER T. GROHMAN
Counselor for Derrick Granger
Benesch Friedlander Coplan and Aronoff
71 S. Wacker Dr. Suite 1600
Chicago, Illinois 60601
Phone: (312) 212-4943
Email: cgrohman@beneschlaw.com